DEC - 1 2015

U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. LIDIA ALVARADO, Defendant. | Case No.: 13CR4372-W  **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Based upon the joint request of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Sentencing Hearing previously set for Monday, December 7, 2015, at 9:00 a.m. is continued to Monday, January 25, 2016, at 9:00 a.m.

_____  11/30/15
HON. THOMAS J. WHELAN
United States District Judge